# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| UNITED STATES OF AMERICA v. Jan Harald Portocarrero, et al. | WARRANT FOR ARREST<br><br>Case Number: 13cr2196-JLS |
|---|---|

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Salvatore Giacomo Groppo___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1955 - Illegal Gambling Business

In violation of Title ___See Above___ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

D. Gilbert
Signature of Deputy

6/13/13, San Diego, CA
Date and Location

Bail fixed at $ ___No Bail___ by ___The Honorable Barbara Lynn Major___
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

37a