```
 1  LAURA E. DUFFY
    United States Attorney
 2  ANDREW G. SCHOPLER
    Assistant U.S. Attorney
 3  California State Bar No. 236585
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 546-8068
    E-mail: andrew.schopler@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAN HARALD PORTOCARRERO (1),<br>　　aka Leo,<br>ERIK PORTOCARRERO (2),<br>　　aka Bo,<br>　　aka The Clam Eater,<br>AMIR MOKAYEF (3),<br>JOSEPH BARRIOS (4),<br>　　aka JB,<br>YOUNG HEE KOH (5),<br>　　aka Ace,<br>　　aka Sonny,<br>RANDALL LEE IRWIN (6),<br>　　aka Tyler,<br>LARRY NEIL GOLD (7),<br>　　aka Cat,<br>CHARLES EDWARD SULLIVAN (8),<br>MICHAEL CHRISTOPHER IACO (9),<br>EMED G. SIDAROS (10),<br>　　aka Action Ed,<br>ISAAC PETE GHARIBEH (11),<br>DUNZMY JUNE NGUYEN (12),<br>TODD MICHAEL HEFLIN (13),<br>HOWARD ALAN BLUM (14),<br>MICHAEL JOHN MASSEY (15),<br>SALVATORE GIACOMO GROPPO (16),<br>NILESH KUMAR AMBUBHAI PATEL (17),<br>　　aka Neil,<br>BENJAMIN JOHN WILLIAM WEBER (18),<br>MACHO SPORTS INTERNATIONAL<br>　　CORP. (19),<br>　　　　　　　　Defendants. | Case No.  13cr2196-JLS<br><br>NOTICE OF LIS PENDENS FOR PROPERTY LOCATED AT 5848 SOLEDAD ROAD, LA JOLLA, CALIFORNIA |

1  **OWNER OF RECORD:**  AMIR MOKAYEF, Trustee of the Amir Mokayef
2  Separate Property Trust dated February 28, 2005.

3  PLEASE TAKE NOTICE that a criminal indictment has been returned in the
4  United States District Court for the Southern District of California against the above-
5  referenced Defendants, which indictment also seeks the forfeiture of the Defendants'
6  title to, and interest in that real property located at 5848 Soledad Road, La Jolla,
7  California, and all appurtenances affixed thereto.  The real property is more
8  particularly described as:

### ASSESSORS PARCEL NO. 358-192-10

Lot 42 of Soledad Corona Estates Unit No. 1 in the City of San Diego, County of San Diego, State of California, according to map thereof no. 4008, filed in the Office of the County Recorder of San Diego County on November 7, 1958.

Upon conviction, Defendants will be ordered to forfeit to the United States the real property located at 5848 Soledad Road, La Jolla, California, APN 358-192-10, in that said property constitutes and is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1955 and forfeitable under Title 18, United States Code, Sections 981(a)(1)(C) and 1955(d), and Title 28, United States Code, Section 2461(c).  Said property is also property constituting and derived from proceeds obtained, directly and indirectly, from racketeering activity and unlawful debt collection, in violation of Title 18, United States Code, Section 1962, thereby subjecting it to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963.

The owner of record of the above-described property is Amir Mokayef, Trustee of the Amir Mokayef Separate Property Trust dated February 28, 2005.

//
//
//

BE ADVISED THAT upon the entry of an Order of Criminal Forfeiture in favor of the United States, all right, title and interest of the above-referenced Defendants in said property shall vest in the United States back to the date of the commission of the acts giving rise to the forfeiture.

DATED: June 19, 2013

                LAURA E. DUFFY
                United States Attorney

                s/ Andrew G. Schopler

                ANDREW G. SCHOPLER
                Assistant United States Attorney
                Attorneys for Plaintiff
                United States of America
                E-mail: andrew.schopler@usdoj.gov

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13cr2196-JLS |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| JAN HARALD PORTOCARRERO (1), et al., | |
| Defendants. | |

IT IS HEREBY CERTIFIED that:

I, Andrew G. Schopler, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, certified mail, to the following non-ECF participant in this case:

> Amir Mokayef, Trustee of the Amir Mokayef
> Separate Property Trust dated February 28, 2005
> 5848 Soledad Road
> La Jolla CA 92037-7054,

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 19, 2013

> s/ Andrew G. Schopler
> ANDREW G. SCHOPLER
> Assistant United States Attorney
> Attorney for Plaintiff
> E-mail: andrew.schopler@usdoj.gov