LAURA E. DUFFY
United States Attorney
ANDREW G. SCHOPLER
Assistant United States Attorney
California State Bar No. 236585
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-8068/Fax: (619) 546-0450
Email: andrew.schopler@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 13CR2196-JLS |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| JAN HARALD PORTOCARRERO (1), aka Leo, et al., | |
| Defendants. | |

TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should

/ / /

/ / /

NOTICE OF APPEARANCE                   1                   13CR2196-JLS

be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Andrew G. Schopler | 236585 | (619)546-8068 | andrew.schopler@usdoj.gov |

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|

None

DATED:  June 19, 2013                Respectfully submitted,

                                     LAURA E. DUFFY
                                     United States Attorney

                                     S/Andrew G. Schopler
                                     ANDREW G. SCHOPLER
                                     Assistant U.S. Attorney
                                     Attorneys for Plaintiff
                                     United States of America
                                     andrew.schopler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JAN HARALD PORTOCARRERO (1),<br>    aka Leo, et al.,<br><br>           Defendants. | Criminal Case No. 13CR2196-JLS<br><br>CERTIFICATE OF SERVICE |

I, ANDREW G. SCHOPLER, am a citizen of the United States and am at least 18 years of age. My business address is 880 Front Street, Room 6293, San Diego, California, 92101-8893. I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**NONE listed on U.S. District Court docket**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2013         S/Andrew G. Schopler
                                  ANDREW G. SCHOPLER
                                  Assistant U.S. Attorney

NOTICE OF APPEARANCE            3                            13CR2196-JLS