# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER **13cr2196-JLS** |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| **Salvatore Groppo** | ) | Booking No. **39327298** |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of **6/20/13** the Court entered the following order:

- **X** Defendant be released from custody. **by 12:00 pm on 6/20/13**
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- **X** Defendant released on $ **60,000 PS** bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for ___ years.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case dismissed.
- ___ Case dismissed, charges pending in case no. ___
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other. ___

**William McCurine**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk
by ___ Deputy Clerk
**RoiAnn Bressi**

Received ___
DUSM

Crim-9  (Rev. 8-11)

☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY