# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER **13CR2196-JLS** |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. _____ |
| **Salvatore Groppo** ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **6/19/13** the Court entered the following order:

**X** Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

**X** Defendant released on $ **60,070 PS** bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**William McCurine, Jr.**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. / Clerk
by _____ Deputy Clerk

Roj-Ann Bressi

Received **P. Curfiss**
DUSM

Crim-9   (Rev. 8-11)

☆ U.S. GPO: 1995-783-398/40151