# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 13-CR-2196-JLS** |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| **SALVATORE GIACOMO GROPPO (16),** | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Vikas Bajaj, am a citizen of the United States and am at least eighteen years of age.  My business address is 225 Broadway, Suite 2200, San Diego, California 92101.

I am not a party to the above-entitled action.  I have caused service **ACKNOWLEDGMENT OF NEXT COURT DATE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using it's ECF System, which electronically notifies the following individual(s):

AUSA Andrew Schopler        Andrew.Schopler@usdoj.gov

I declare under penalty of perjury that the forgoing is true and correct.

Date: June 29, 2013

/s/ Vikas Bajaj
**VIKAS BAJAJ**
Attorney for Defendant
**SALVATORE GIACOMO GROPPO**