Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052

FILED
JUL 31 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 13CR-2196-JLS |
| Plaintiff, | |
| vs. | **MOTION FOR SUBSTITUTION OF ATTORNEY** |
| SALVATORE G. GROPPO, | |
| Defendant, | |

The undersigned hereby agree that Ezekiel E. Cortez, Esq., and Joshi A. Valentine, Esq., shall be substituted as counsel for defendant, Salvatore G. Groppo, and that Vikas Baja shall be relieved as counsel in the above-captioned case.

Dated: 7/31/2013

_____
SALVATORE G. GROPPO
Defendant

Dated: 7/31/2013

_____
EZEKIEL E. CORTEZ, ESQ.

Dated: 7-31-2013

_____
JOSHI A. VALENTINE, ESQ.

Dated: July 31, 2013

_____
VIKAS BAJAJ, ESQ.

*Motion for Substitution of Attorney, U.S. v. Groppo, 13CR-2196-JLS*

1

230