1 │ LAURA E. DUFFY
   │ United States Attorney
2 │ ANDREW G. SCHOPLER
   │ Assistant United States Attorney
3 │ California State Bar No.236585
   │ Federal Office Building
4 │ 880 Front Street, Room 6293
   │ San Diego, California  92101-8893
5 │ Telephone: (619) 546-8068

6 │ Attorney for Plaintiff
   │ United States of America
7 │

8 │ UNITED STATES DISTRICT COURT

9 │ SOUTHERN DISTRICT OF CALIFORNIA

10 │ UNITED STATES OF AMERICA,     ) Case No. 13CR2196-JLS
    │                               )
11 │           Plaintiff,           )
    │                               ) DEFENDANTS' STIPULATION
12 │     v.                         ) REGARDING THE DISCLOSURE
    │                               ) AND USE OF WIRETAP LINE SHEETS
13 │ JAN HARALD PORTOCARRERO, et al. ) AND WIRETAP DRAFT TRANSCRIPTS
    │                               )
14 │                               )
    │           Defendant.          )
15 │ _____ )

16     It is the position of the United States that line sheets and
17 draft wiretap transcripts are not final reports or documents and are
18 not discoverable items under Rule 16 of the Federal Rules of Criminal
19 Procedure or the Jencks Act.  However, the United States is willing
20 under the conditions set out in this stipulation to provide these
21 materials to the defense in order to aid the defendants in reviewing
22 wiretap evidence obtained during this investigation.  In exchange for
23 the United States' agreement to produce the wiretap line sheets and
24 draft wiretap transcripts in discovery, the defendants hereby
25 stipulate and agree that:

26     (1)  the "line sheets" and "draft transcripts" will only be used
27          to assist counsel in preparing for trial and related
28          proceedings and will not be used for any other purpose;

1    (2)   among these limitations, the "line sheets" and "draft
2          transcripts" will not be used:
3          (a)  in connection with any motion challenging the
4               wiretaps;
5          (b)  to examine or cross examine any witness;
6          (c)  to impeach the credibility of any witness;
7          (d)  to refresh the recollection of any witness; and/or
8          (e)  as trial exhibits;
9    (3)   the "line sheets" and "draft transcripts," and/or their
10         contents, cannot be copied, distributed, or otherwise
11         communicated to anyone who has not signed this stipulation
12         other than those who work directly under the supervision of
13         counsel, who have signed the stipulation;
14   (4)   the "line sheets" and "draft transcripts," are the property
15         of the United States Attorney and must be returned to the
16         United States upon demand, completion of the case, or upon
17         the termination of counsel's representation in connection
18         with the above-captioned case.
19   SO STIPULATED AND AGREED.
20
     DATE: Aug. 5 , 2013
21                                   ANDREW G. SCHOPLER
                                     Assistant United States Attorney
22
23   DATE: July 15, 2013
                                     RICHARD P. LASTING
24                                   Attorney for Jan Harald Portocarrero (1)
25
26   DATE:         , 2013
27                                   Attorney for Erik Portocarrero (2)
28

2

1     (2)   among these limitations, the "line sheets" and "draft

2             transcripts" will not be used:

3             (a)  in connection with any motion challenging the

4                  wiretaps;

5             (b)  to examine or cross examine any witness;

6             (c)  to impeach the credibility of any witness;

7             (d)  to refresh the recollection of any witness; and/or

8             (e)  as trial exhibits;

9     (3)   the "line sheets" and "draft transcripts," and/or their

10          contents, cannot be copied, distributed, or otherwise

11          communicated to anyone who has not signed this stipulation

12          other than those who work directly under the supervision of

13          counsel, who have signed the stipulation;

14     (4)   the "line sheets" and "draft transcripts," are the property

15          of the United States Attorney and must be returned to the

16          United States upon demand, completion of the case, or upon

17          the termination of counsel's representation in connection

18          with the above-captioned case.

19   SO STIPULATED AND AGREED.

20

21   DATE: _____, 2013         _____

                                   ANDREW G. SCHOPLER

22                           Assistant United States Attorney

23   DATE: July 26, 2013          _____

                               RICHARD P. LASTING

24                           Attorney for Jan Harold Portocarrero (1)

25

26   DATE: _____, 2013         _____

27                                 Attorney for Erik Portocarrero (2)

28

```
 1

 2   DATE: June  2/, 2013          _____
                                   THOMAS J. WARWICK JR.
 3                                 Attorney for Amir Mokayef (3)

 4

 5   DATE: June ___, 2013          _____
                                   DAVID A. ELDEN
 6                                 Attorney for Joseph Barrios (4)

 7

 8   DATE: June ___, 2013          _____

 9                                 Attorney for Young Hee Koh (5)

10

11   DATE: June ___, 2013          _____
                                   JAY LICHTMAN
12                                 Attorney for Randall Lee Irwin (6)

13

14   DATE: June ___, 2013          _____
                                   JEROME HAIG
15                                 Attorney for Larry Neil Gold (7)

16

17   DATE: June ___, 2013          _____
                                   PETER SWARTH
18                                 Attorney for Charles Edward Sullivan (8)

19

20   DATE: June ___, 2013          _____
                                   C. BRADLEY PATTON
21                                 Attorney for Michael Christopher Iaco (9)

22

23   DATE: June ___, 2013          _____
                                   DANA COLE
24                                 Attorney for Emed G. Sidaros (10)

25

26   DATE: June ___, 2013          _____
                                   ANN FITZ
27                                 Attorney for Isaac Pete Gharibeh (11)

28
```

3

1

2   DATE: June 21, 2013                     /s/
                                   THOMAS J. WARWICK JR.
3                                  Attorney for Amir Mokayef (3)

4

5   DATE: July 26, 2013

                                   MARK J. WERKSMAN
6                                  Attorney for Joseph Barrios (4)

7

8   DATE: July 10, 2013                     /s/
                                   MARK F. FLEMING
9                                  Attorney for Young Hee Koh (5)

10

11  DATE: June 25, 2013                     /s/
                                   JAY LICHTMAN
12                                 Attorney for Randall Lee Irwin (6)

13

14  DATE: July 10, 2013                     /s/
                                   JEROME J. HAIG
15                                 Attorney for Larry Neil Gold (7)

16

17  DATE: July ___, 2013
                                   PETER C. SWARTH
18                                 Attorney for Charles Edward Sullivan (8)

19

20  DATE: July 9, 2013                      /s/
                                   C. BRADLEY PATTON
21                                 Attorney for Michael Christopher Iaco (9)

22

23  DATE: _____, 2013
                                   DANA M. COLE
24                                 Attorney for Emed G. Sidaros (10)

25

26  DATE: July 12, 2013
                                   BENJAMIN L. COLEMAN
27                                 Attorney for Isaac Pete Gharibeh (11)

28

3

1

2  DATE: June 21, 2013                         /s/
                                        THOMAS J. WARWICK JR.
3                                       Attorney for Amir Mokayef (3)

4

5  DATE: July ___, 2013
                                        DAVID A. ELDEN
6                                       Attorney for Joseph Barrios (4)

7

8  DATE: July _10_, 2013
                                        MARK F. FLEMING
9                                       Attorney for Young Hee Koh (5)

10

11  DATE: June 25, 2013                        /s/
                                        JAY LICHTMAN
12                                      Attorney for Randall Lee Irwin (6)

13

14  DATE: July ___, 2013
                                        JEROME J. HAIG
15                                      Attorney for Larry Neil Gold (7)

16

17  DATE: July ___, 2013
                                        PETER C. SWARTH
18                                      Attorney for Charles Edward Sullivan (8)

19

20  DATE: July ___, 2013
                                        C. BRADLEY PATTON
21                                      Attorney for Michael Christopher Iaco (9)

22

23  DATE: July ___, 2013
                                        DANA M. COLE
24                                      Attorney for Emed G. Sidaros (10)

25

26  DATE: July ___, 2013
                                        ANN M. FITZ
27                                      Attorney for Isaac Pete Gharibeh (11)

28

3

1

2  DATE: June ___, 2013

3                                          THOMAS J. WARWICK JR.
                                           Attorney for Amir Mokayef (3)

4

5  DATE: June ___, 2013

6                                          DAVID A. ELDEN
                                           Attorney for Joseph Barrios (4)

7

8  DATE: June ___, 2013

9                                          Attorney for Young Hee Koh (5)

10

11 DATE: June 25, 2013

12                                         JAY LICHTMAN
                                           Attorney for Randall Lee Irwin (6)

13

14 DATE: June ___, 2013

15                                         JEROME HAIG
                                           Attorney for Larry Neil Gold (7)

16

17 DATE: June ___, 2013

18                                         PETER SWARTH
                                           Attorney for Charles Edward Sullivan (8)

19

20 DATE: June ___, 2013

21                                         C. BRADLEY PATTON
                                           Attorney for Michael Christopher Iaco (9)

22

23 DATE: June ___, 2013

24                                         DANA COLE
                                           Attorney for Emed G. Sidaros (10)

25

26 DATE: June ___, 2013

27                                         ANN FITZ
                                           Attorney for Isaac Pete Gharibeh (11)

28

3

1

2   DATE: June 21, 2013                          /s/
                                        THOMAS J. WARWICK JR.
3                                       Attorney for Amir Mokayef (3)

4

5   DATE: July ___, 2013
                                        DAVID A. ELDEN
6                                       Attorney for Joseph Barrios (4)

7

8   DATE: July ___, 2013
                                        MARK F. FLEMING
9                                       Attorney for Young Hee Koh (5)

10

11  DATE: June 25, 2013                          /s/
                                        JAY LICHTMAN  JAMES D. HENDERSON, JR
12                                      Attorney for Randall Lee Irwin (6)

13

14  DATE: July ___, 2013
                                        JEROME J. HAIG
15                                      Attorney for Larry Neil Gold (7)

16

17  DATE: July ___, 2013
                                        PETER C. SWARTH
18                                      Attorney for Charles Edward Sullivan (8)

19

20  DATE: July ___, 2013
                                        C. BRADLEY PATTON
21                                      Attorney for Michael Christopher Iaco (9)

22

23  DATE: July ___, 2013
                                        DANA M. COLE
24                                      Attorney for Emed G. Sidaros (10)

25

26  DATE: July ___, 2013
                                        ANN M. FITZ
27                                      Attorney for Isaac Pete Gharibeh (11)

28

3

```
 1
 2  DATE: June 21, 2013                    /s/
                                   THOMAS J. WARWICK JR.
 3                                 Attorney for Amir Mokayef (3)
 4
 5  DATE: July ___, 2013
                                   DAVID A. ELDEN
 6                                 Attorney for Joseph Barrios (4)
 7
 8  DATE: July ___, 2013
                                   MARK F. FLEMING
 9                                 Attorney for Young Hee Koh (5)
10
11  DATE: June 25, 2013                    /s/
                                   JAY LICHTMAN
12                                 Attorney for Randall Lee Irwin (6)
13
14  DATE: July 10, 2013
                                   JEROME J. HAIG
15                                 Attorney for Larry Neil Gold (7)
16
17  DATE: July ___, 2013
                                   PETER C. SWARTH
18                                 Attorney for Charles Edward Sullivan (8)
19
20  DATE: July ___, 2013
                                   C. BRADLEY PATTON
21                                 Attorney for Michael Christopher Iaco (9)
22
23  DATE: July ___, 2013
                                   DANA M. COLE
24                                 Attorney for Emed G. Sidaros (10)
25
26  DATE: July ___, 2013
                                   ANN M. FITZ
27                                 Attorney for Isaac Pete Gharibeh (11)
28
```

3

1

2   DATE: June 21, 2013                    _____/s/_____
                                           THOMAS J. WARWICK JR.
3                                          Attorney for Amir Mokayef (3)

4

5   DATE: July ___, 2013                   _____
                                           MARK J. WERKSMAN
6                                          Attorney for Joseph Barrios (4)

7

8   DATE: July 10, 2013                    _____/s/_____
                                           MARK F. FLEMING
9                                          Attorney for Young Hee Koh (5)

10

11  DATE: June 25, 2013                    _____/s/_____
                                           JAY LICHTMAN
12                                         Attorney for Randall Lee Irwin (6)

13

14  DATE: July 10, 2013                    _____/s/_____
                                           JEROME J. HAIG
15                                         Attorney for Larry Neil Gold (7)

16

17  DATE: July 31, 2013                    _____
                                           WILLIAM R. BURGENER
18                                         Attorney for Charles Edward Sullivan (8)

19

20  DATE: July 9, 2013                     _____/s/_____
                                           C. BRADLEY PATTON
21                                         Attorney for Michael Christopher Iaco (9)

22

23  DATE: _____, 2013                  _____
                                           DANA M. COLE
24                                         Attorney for Emed G. Sidaros (10)

25

26  DATE: July 12, 2013                    _____
                                           BENJAMIN L. COLEMAN
27                                         Attorney for Isaac Pete Gharibeh (11)

28

3

1

2  DATE: June 21, 2013                    _____/s/_____
                                          THOMAS J. WARWICK JR.
3                                         Attorney for Amir Mokayef (3)

4

5  DATE: July ___, 2013                   _____
                                          DAVID A. ELDEN
6                                         Attorney for Joseph Barrios (4)

7

8  DATE: July ___, 2013                   _____
                                          MARK F. FLEMING
9                                         Attorney for Young Hee Koh (5)

10

11  DATE: June 25, 2013                   _____/s/_____
                                          JAY LICHTMAN
12                                        Attorney for Randall Lee Irwin (6)

13

14  DATE: July ___, 2013                  _____
                                          JEROME J. HAIG
15                                        Attorney for Larry Neil Gold (7)

16

17  DATE: July ___, 2013                  _____
                                          PETER C. SWARTH
18                                        Attorney for Charles Edward Sullivan (8)

19

20  DATE: July 9, 2013                    _____
                                          C. BRADLEY PATTON
21                                        Attorney for Michael Christopher Iaco (9)

22

23  DATE: July ___, 2013                  _____
                                          DANA M. COLE
24                                        Attorney for Emed G. Sidaros (10)

25

26  DATE: July ___, 2013                  _____
                                          ANN M. FITZ
27                                        Attorney for Isaac Pete Gharibeh (11)

28

3

1

2  DATE: June 21, 2013                    _____/s/_____
                                          THOMAS J. WARWICK JR.
3                                         Attorney for Amir Mokayef (3)

4

5  DATE: July ___, 2013                   _____
                                          MARK J. WERKSMAN
6                                         Attorney for Joseph Barrios (4)

7

8  DATE: July 10, 2013                    _____/s/_____
                                          MARK F. FLEMING
9                                         Attorney for Young Hee Koh (5)

10

11 DATE: June 25, 2013                    _____/s/_____
                                          JAY LICHTMAN
12                                        Attorney for Randall Lee Irwin (6)

13

14 DATE: July 10, 2013                    _____/s/_____
                                          JEROME J. HAIG
15                                        Attorney for Larry Neil Gold (7)

16

17 DATE: July ___, 2013                   _____
                                          PETER C. SWARTH
18                                        Attorney for Charles Edward Sullivan (8)

19

20 DATE: July 9, 2013                     _____/s/_____
                                          C. BRADLEY PATTON
21                                        Attorney for Michael Christopher Iaco (9)

22

23 DATE: _____, 2013                _____
                                          DANA M. COLE
24                                        Attorney for Emed G. Sidaros (10)

25

26 DATE: July 12, 2013                    _____
                                          BENJAMIN L. COLEMAN
27                                        Attorney for Isaac Pete Gharibeh (11)

28

3

```
 1
 2  DATE: June 21, 2013                    /s/
                                   THOMAS J. WARWICK JR.
 3                                 Attorney for Amir Mokayef (3)

 4

 5  DATE: July ___, 2013
                                   DAVID A. ELDEN
 6                                 Attorney for Joseph Barrios (4)

 7

 8  DATE: July 10, 2013
                                   MARK F. FLEMING
 9                                 Attorney for Young Hee Koh (5)

10

11  DATE: June 25, 2013                    /s/
                                   JAY LICHTMAN
12                                 Attorney for Randall Lee Irwin (6)

13

14  DATE: July ___, 2013
                                   JEROME J. HAIG
15                                 Attorney for Larry Neil Gold (7)

16

17  DATE: July ___, 2013
                                   PETER C. SWARTH
18                                 Attorney for Charles Edward Sullivan (8)

19

20  DATE: July 9, 2013                     /s/
                                   C. BRADLEY PATTON
21                                 Attorney for Michael Christopher Iaco (9)

22

23  DATE: July ___, 2013
                                   DANA M. COLE
24                                 Attorney for Emed G. Sidaros (10)

25

26  DATE: July 12, 2013
                                   BENJAMIN L. COLEMAN
27                                 Attorney for Isaac Pete Gharibeh (11)

28
```

1

2   DATE: July $\underline{|5}$, 2013

3                            MARK F. ADAMS

                               Attorney for Dunzmy June Nguyen (12)

4

5   DATE: July ___, 2013

                               TIMOTHY A. SCOTT

6                               Attorney for Todd Michael Heflin (13)

7

8   DATE: July 2, 2013            /s/

                               ROBERT L. GRIMES

9                               Attorney for Howard Alan Blum (14)

10

11  DATE: July ___, 2013

                               THOMAS P. MATTHEWS

12                              Attorney for Michael John Massey

13

14  DATE: July 9, 2013           /s/

                               VIKAS BAJAJ

15                               Attorney for Salvatore Giacomo Groppo (16)

16

17  DATE: July ___, 2013

18                               Attorney for Nilesh Kumar Ambubhai Patel (17)

19

20  DATE: July ___, 2013

                               HOLLY A. SULLIVAN

21                               Attorney for Benjamin John William Weber (18)

22

23

24

25

26

27

28

1

2    DATE: July ___, 2013

3                         _____
                        Attorney for Bunzmy June Nguyen (12)

4

5    DATE: July __7, 2013

6                         TIMOTHY A. SCOTT
                        Attorney for Todd Michael Heflin (13)

7

8    DATE: July 2, 2013

9                               /s/
                        ROBERT L. GRIMES
                        Attorney for Howard Alan Blum (14)

10

11    DATE: July ___, 2013

12                         THOMAS P. MATTHEWS
                        Attorney for Michael John Massey

13

14    DATE: July ___, 2013

15                         VIKAS BAJAJ
                        Attorney for Salvatore Giacomo Groppo (16)

16

17    DATE: July ___, 2013

18                         ELIZABETH CARPENTER
                        Attorney for Nilesh Kumar Ambubhai Patel (17)

19

20    DATE: July ___, 2013

21                         HOLLY A. SULLIVAN
                        Attorney for Benjamin John William Weber (18)

22

23

24

25

26

27

28

4

1

2  DATE: June ___, 2013                    _____

3                                          Attorney for Dunzmy June Nguyen (12)

4

5  DATE: June ___, 2013                    _____
                                           IVAN KLEIN
6                                          Attorney for Todd Michael Heflin (13)

7
                    July  2
8  DATE: June ___, 2013                    _____
                                           ROBERT L. GRIMES
9                                          Attorney for Howard Alan Blum (14)

10

11 DATE: June ___, 2013                    _____
                                           THOMAS P. MATTHEWS
12                                         Attorney for Michael John Massey

13

14 DATE: June ___, 2013                    _____
                                           FRANCISCO J. SANCHEZ JR.
15                                         Attorney for Salvatore Giacomo Groppo (16)

16

17 DATE: June ___, 2013                    _____
                                           ELIZABETH CARPENTER
18                                         Attorney for Nilesh Kumar Ambubhai Patel (17)

19

20 DATE: June ___, 2013                    _____

21                                         Attorney for Benjamin John William Weber (18)

22

23

24

25

26

27

28

4

1

2 DATE: July ___, 2013 _____

3 Attorney for Dunzmy June Nguyen (12)

4

5 DATE: July ___, 2013 _____
TIMOTHY A. SCOTT
6 Attorney for Todd Michael Heflin (13)

7

8 DATE: July 2, 2013 _____/s/_____
ROBERT L. GRIMES
9 Attorney for Howard Alan Blum (14)

10

11 DATE: July _l0_, 2013 _____
THOMAS P. MATTHEWS
12 Attorney for Michael John Massey

13

14 DATE: July ___, 2013 _____
VIKAS BAJAJ
15 Attorney for Salvatore Giacomo Groppo (16)

16

17 DATE: July ___, 2013 _____
ELIZABETH CARPENTER
18 Attorney for Nilesh Kumar Ambubhai Patel (17)

19

20 DATE: July ___, 2013 _____
HOLLY A. SULLIVAN
21 Attorney for Benjamin John William Weber (18)

22

23

24

25

26

27

28

4

1

2   DATE: July ___, 2013                    _____

3                                           Attorney for Dunzmy June Nguyen (12)

4

5   DATE: July ___, 2013                    _____

6                                           TIMOTHY A. SCOTT
                                            Attorney for Todd Michael Heflin (13)

7

8   DATE: July 2, 2013                      _____/s/_____

9                                           ROBERT L. GRIMES
                                            Attorney for Howard Alan Blum (14)

10

11  DATE: July ___, 2013                    _____

12                                          THOMAS P. MATTHEWS
                                            Attorney for Michael John Massey

13

14  DATE: July 9, 2013                      _____

15                                          VIKAS BAJAJ
                                            Attorney for Salvatore Giacomo Groppo (16)

16

17  DATE: July ___, 2013                    _____

18                                          ELIZABETH CARPENTER
                                            Attorney for Nilesh Kumar Ambubhai Patel (17)

19

20  DATE: July ___, 2013                    _____

21                                          HOLLY A. SULLIVAN
                                            Attorney for Benjamin John William Weber (18)

22

23

24

25

26

27

28

4

1

2  DATE: July ___, 2013

   _____/s/
   MARK F. ADAMS
3  Attorney for Dunzmy June Nguyen (12)

4

5  DATE: July 9, 2013

   _____/s/_____
   TIMOTHY A. SCOTT
6  Attorney for Todd Michael Heflin (13)

7

8  DATE: July 2, 2013

   _____/s/_____
   ROBERT L. GRIMES
9  Attorney for Howard Alan Blum (14)

10

11  DATE: July 9, 2013

    _____/s/_____
    THOMAS P. MATTHEWS
12  Attorney for Michael John Massey

13

14  DATE: July 31, 2013

    _____
    EZEKIEL E. CORTEZ
15  Attorney for Salvatore Giacomo Groppo (16)

16

17  DATE: July 9, 2013

    _ _ /s/_____
18  Attorney for Nilesh Kumar Ambubhai Patel (17)

19

20  DATE: July 11, 2013

    _____/s/_____
    HOLLY A. SULLIVAN
21  Attorney for Benjamin John William Weber (18)

22

23

24

25

26

27

28

4

1

2   DATE: July ____, 2013
                                        _____
3                                       MARK F. ADAMS
                                        Attorney for Dunzmy June Nguyen (12)

4

5   DATE: July 9, 2013                  _____/s/_____
                                        TIMOTHY A. SCOTT
6                                       Attorney for Todd Michael Heflin (13)

7

8   DATE: July 2, 2013                  _____/s/_____
                                        ROBERT L. GRIMES
9                                       Attorney for Howard Alan Blum (14)

10

11  DATE: July 9, 2013                  _____/s/_____
                                        THOMAS P. MATTHEWS
12                                      Attorney for Michael John Massey

13

14  DATE: July ____, 2013
                                        _____
15                                      EZEKIEL E. CORTEZ
                                        Attorney for Salvatore Giacomo Groppo (16)

16

17  DATE: July 3/ , 2013                _____
                                        JERRY M. LEAHY
18                                      Attorney for Nilesh Kumar Ambubhai Patel (17)

19

20  DATE: July 11, 2013                 _____/s/_____
                                        HOLLY A. SULLIVAN
21                                      Attorney for Benjamin John William Weber (18)

22

23

24

25

26

27

28

4

1

2  DATE: July ___, 2013                    _____

3                                          Attorney for Dunzmy June Nguyen (12)

4

5  DATE: July ___, 2013                    _____
                                           TIMOTHY A. SCOTT
6                                          Attorney for Todd Michael Heflin (13)

7

8  DATE: July 2, 2013                      _____/s/_____
                                           ROBERT L. GRIMES
9                                          Attorney for Howard Alan Blum (14)

10

11  DATE: July ___, 2013                   _____
                                           THOMAS P. MATTHEWS
12                                         Attorney for Michael John Massey

13

14  DATE: July ___, 2013                   _____
                                           VIKAS BAJAJ
15                                         Attorney for Salvatore Giacomo Groppo (16)

16

17  DATE: July ___, 2013                   _____
                                           ELIZABETH CARPENTER
18                                         Attorney for Nilesh Kumar Ambubhai Patel (17)

19

20  DATE: July 11, 2013                    _____
                                           HOLLY A. SULLIVAN
21                                         Attorney for Benjamin John William Weber (18)

22

23

24

25

26

27

28

4