EZEKIEL E. CORTEZ
California State Bar No. 112808
JOSHI A. VALENTINE
California State Bar No. 277185
1010 Second Avenue, Suite 1850
San Diego, California 92101
Tel (619) 237-0309: Fax (619) 237-8052
Lawforjustice@gmail.com
Valentineforjustice@gmail.com
Attorneys for Defendant: Salvatore Groppo

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE WILLIAM McCURINE, JR.)

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No. 13CR02196-JLS |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO MODIFY CONDITIONS OF PRETRIAL SUPERVISION** |
| vs. | |
| SALVATORE GROPPO (16), | |
| Defendant. | |

TO: LAURA DUFFY, UNITED STATES ATTORNEY; ANDREW SCHOPLER, ASSISTANT UNITED STATES ATTORNEY; KIM HAZARD, PROBATION OFFICER:

## MOTION

The defendant herein, Salvatore Groppo (hereinafter Mr. Groppo), by and through his attorneys of record, Ezekiel E. Cortez and Joshi A. Valentine, hereby gives notice and moves this Court for modification of the conditions of his pretrial supervision to expand the geographical restriction to include travel to the Central District of California, where his parents and other members of his

*Notice of Motion and Motion to Modify Conditions of Pretrial Supervision*
U.S. v. Salvatore Groppo, Case No. 13CR02196-JLS

1

family live. Neither Pretrial Services Officer Kim Hazard nor Assistant United States Attorney Andrew Schopler oppose this motion for this modification.

Mr. Groppo has been entirely compliant with all conditions of his pretrial supervision since his release on bond. Mr. Groppo's employment requires that he travel throughout the United States, and his conditions permit him to so travel. Mr. Groppo shares a very close and supportive relationship with his parents and other members of his extended family, many of whom reside in the Los Angeles area.

The support of his family during this, Mr. Groppo's very first time facing criminal charges, is extremely important and will benefit Mr. Groppo. His ability to travel to visit his family is currently made more difficult by his need to obtain the Court's approval to travel outside the Southern District.

Mr. Groppo bases this motion on this notice of motion, the attached Declaration of Joshi A. Valentine, the file and materials of record in this case, and any other matters that may be brought at the time of the hearing on this motion.

Respectfully submitted,

Dated: August 7, 2013

/S/ *Ezekiel E. Cortez*
EZEKIEL E. CORTEZ
/S/ *Joshi A. Valentine*
Joshi A. Valentine
Attorneys for Defendant,
Salvatore Groppo

*Notice of Motion and Motion to Modify Conditions of Pretrial Supervision*
U.S. v. Salvatore Groppo, Case No. 13CR02196-JLS

EZEKIEL E. CORTEZ
California State Bar No. 112808
JOSHI A. VALENTINE
California State Bar No. 277185
1010 Second Avenue, Suite 1850
San Diego, California 92101
Tel (619) 237-0309: Fax (619) 237-8052
Lawforjustice@gmail.com
Valentineforjustice@gmail.com
Attorneys for Defendant: Salvatore Groppo

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>SALVATORE GROPPO (16),<br><br>      Defendant. | Case No. 13CR02196-JLS<br><br>**PROOF OF SERVICE** |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Defendant's Notice of Motion and Motion to Modify Conditions of Pretrial Supervision on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 7, 2013                    /S/ *Joshi A. Valentine*
                                          Joshi A. Valentine

*Notice of Motion and Motion to Modify Conditions of Pretrial Supervision*
U.S. v. Salvatore Groppo, Case No. 13CR02196-JLS

3