EZEKIEL E. CORTEZ
California State Bar No. 112808
JOSHI A. VALENTINE
California State Bar No. 277185
1010 Second Avenue, Suite 1850
San Diego, California 92101
Tel (619) 237-0309: Fax (619) 237-8052
Lawforjustice@gmail.com
Valentineforjustice@gmail.com
Attorneys for Defendant: Salvatore Groppo

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE WILLIAM McCURINE, JR.)

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No. 13CR02196-JLS |
| Plaintiff, | **SURETY'S AGREEMENT TO CHANGE CONDITIONS OF PRETRIAL SUPERVISION** |
| vs. | |
| SALVATORE GROPPO (16), | |
| Defendant. | |

I, Anna Groppo, surety for defendant Salvatore Groppo in the above-referenced matter, hereby agree to the change in the travel conditions of bail to allow Mr. Groppo to travel to the Central District of California to visit his family. I understand that this change will require Mr. Groppo to notify his Pretrial Services officer of his travel itinerary before he leaves the Southern District of California.

Dated: 8-13-13          *Anna Groppo*

---

EZEKIEL E. CORTEZ
California State Bar No. 112808
JOSHI A. VALENTINE
California State Bar No. 277185
1010 Second Avenue, Suite 1850
San Diego, California 92101
Tel (619) 237-0309: Fax (619) 237-8052
Lawforjustice@gmail.com
Valentineforjustice@gmail.com
Attorneys for Defendant: Salvatore Groppo

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE WILLIAM McCURINE, JR.)

| | |
|---|---|
| UNITED STATES of AMERICA, ) | Case No. 13CR02196-JLS |
| Plaintiff, ) | |
| vs. ) | **SURETY'S AGREEMENT TO CHANGE CONDITIONS OF PRETRIAL SUPERVISION** |
| SALVATORE GROPPO (16), ) | |
| Defendant. ) | |

I, Antonio Groppo, surety for defendant Salvatore Groppo in the above-referenced matter, hereby agree to the change in the travel conditions of bail to allow Mr. Groppo to travel to the Central District of California to visit his family. I understand that this change will require Mr. Groppo to notify his Pretrial Services officer of his travel itinerary before he leaves the Southern District of California.

Dated: 8/13/13                                          *Antonino Groppo*

---