UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. 13CR2196-JLS** |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING** |
| JAN HARALD PORTOCARRERO, et. al., | ) | **STATUS HEARING** |
| Defendants. | ) | |

Pursuant to joint motion and good cause appearing therefor:

IT IS HEREBY ORDERED that the presently set Status Hearing scheduled for October 25, 2013 at 2:30 p.m. be and hereby is continued to November 22, 2013 at 2:30 p.m.

IT IS FURTHER ORDERED that, for all of the reasons set forth in this Court's prior order to exclude time at document number 237, the time from October 25, 2013, through November 22, 2013, is hereby excluded from the Speedy Trial Act calculations, under 18 U.S.C. § 3161(h)(7).

Counsel for those defendants on bond shall file an acknowledgment of the new date signed by their clients before October 25, 2013.

IT IS SO ORDERED.

DATED: October 17, 2013

_____
Honorable Janis L. Sammartino
United States District Judge