MARK F. ADAMS
Attorney at Law
California State Bar No. 97377
964 Fifth Avenue, Suite 335
San Diego, California  92101
Telephone:  (619) 239-4344
Facsimile:  (619) 544-1429
Email: markadamsesq@gmail.com

Attorney for Defendant
DUNZMY JUNE NGUYEN (12)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JAN HARALD PORTOCARRERO, et. al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 13CR2196-JLS<br><br>JOINT MOTION TO CONTINUE<br>STATUS  HEARING |

All Defendants, by and through their counsel of record, and the

UNITED STATES OF AMERICA, by and through its counsel of record, Andrew G.

Schopler, hereby jointly move to continue the presently set Status Hearing from

November 22, 2013 at 2:30 p.m. to January 31, 2014 at 2:30 p.m.

The parties jointly stipulate that the time from November 22, 2013 to

January 31, 2014 shall be excluded from the Speedy Trial Act calculations, because:

(1) there are pending pretrial motions that require a hearing, under 18 U.S.C. §

3161(h)(1)(D); and (2) the ends of justice served by granting the continuance

outweigh the best interests of the public and the defendant in a speedy trial, under 18

U.S.C. § 3161(h)(7), for the same reasons set forth in this Court's August 2013 order

(docket number 237).  The defense requires additional time to review the extensive

1  discovery and to prepare for pretrial proceedings, including further pretrial motions,

2  and for the trial itself.

3          Defendants on bond agree to file a signed acknowledgment of the

4  January 31, 2014 court date before November 22, 2013.

5

6

7                                        */s/ Richard P. Lasting*

8  Dated:  November 14, 2013           RICHARD P. LASTING Attorney for
                                        JAN HARALD PORTOCARRERO (1)

9

10 Dated:  November 14, 2013           */s/ Thomas J. Warwick*
                                        THOMAS J. WARWICK Attorney for
11                                      AMIR MOKAYEF (3)

12                                      */s/ Mark J. Werksman*
13 Dated:  November 14, 2013           MARK J. WERKSMAN Attorney for
                                        JOSEPH BARRIOS (4)
14

15 Dated:  November 14, 2013           */s/ Mark F. Fleming*
                                        MARK F. FLEMING Attorney for
16                                      YOUNG HEE KOH (5)

17                                      */s/ James D. Henderson, Jr.*
18 Dated:  November 14, 2013           JAMES D. HENDERSON, JR.Attorney for
                                        RANDALL LEE IRWIN (6)
19

20 Dated:  November 14, 2013           */s/ Sheldon I. Lodmer*
                                        SHELDON I. LODMERAttorney for
21                                      LARRY NEIL GOLD (7)

22                                      */s/ William R. Burgener*
23 Dated:  November 14, 2013           WILLIAM R. BURGENER Attorney for
                                        CHARLES EDWARD SULLIVAN (8)
24

25 Dated:  November 14, 2013           */s/ C. Bradley Patton*
                                        C. BRADLEY PATTON Attorney for
26                                      MICHAEL CHRISTOPHER IACO (9)

27

28

                                   2                          13CR2196-JLS

Dated:  November 14, 2013

*/s/ Dana M. Cole*
DANA M. COLE Attorney for
EMED G. SIDAROS (10)

Dated:  November 14, 2013

*/s/ Benjamin L. Coleman*
BENJAMIN L. COLEMAN Attorney for
ISAAC PETE GHARIBEH (11)

Dated:  November 14, 2013

*/s/ Mark F. Adams*
MARK F. ADAMS Attorney for
DUNZMY JUNE NGUYEN (12)

Dated:  November 14, 2013

*/s/ Timothy A. Scott*
TIMOTHY A. SCOTT Attorney for
TODD MICHAEL HEFLIN (13)

Dated:  November 14, 2013

*/s/ Dana Grimes*
DANA GRIMES Attorney for
HOWARD ALAN BLUM (14)

Dated:  November 14, 2013

*/s/ Thomas P. Matthews*
THOMAS P. MATTHEWS Attorney for
MICHAEL JOHN MASSEY (15)

Dated:  November 14, 2013

*/s/  Ezekiel E. Cortez*
EZEKIEL E. CORTEZ Attorney for
SALVATORE GIACOMO GROPPO (16)

Dated:  November 14, 2013

*/s/ Jerry M. Leahy*
JERRY M. LEAHY Attorney for
NILESH KUMAR AMBUBHAI
PATEL(17)

Dated:  November 14, 2013

*/s/ Holly A. Sullivan*
HOLLY A. SULLIVAN Attorney for
BENJAMIN JOHN WEBER (18)

Dated: November 14, 2013

*/s/ Andrew G. Schopler*
ANDREW G. SCHOPLER
Assistant United States Attorney

13CR2196-JLS

**PROOF OF SERVICE**

1

2          I, Mark F. Adams, do hereby state:

3          I am a citizen of the United States and a resident of the County of San

4    Diego, State of California.  I am over the age of eighteen years, and am not a party to

5    the within action.  My business address is 964 Fifth Avenue, Ste. 335, San Diego,

6    California 92101.

7          I served this **JOINT MOTION TO CONTINUE STATUS**

8    **HEARING** in Case No. 13CR2196-JLS electronically through the CM/ECF system

9    for the Southern District of California on the United States Attorney's Office,

10   specifically AUSA Andrew G. Schopler and all defense counsel, all registered users

11   of the CM/ECF system.

12          I certify under penalty of perjury under the laws of the State of

13   California that the foregoing is true and correct.

14          EXECUTED this day, November 14, 2013, at San Diego, California.

15

16

17          */S/ Mark F. Adams*
           MARK F. ADAMS
18

19

20

21

22

23

24

25

26

27

28

13CR2196-JLS