Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Salvatore G. Groppo

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 13CR-2196-JLS |
| Plaintiff, | |
| vs. | DEFENDANT'S ACKNOWLEDGMENT OF NEXT COURT DATE |
| SALVATORE G. GROPPO, | |
| Defendant, | |

I, Salvatore G. Groppo, hereby acknowledge that my next court date is February 3, 2014 at 11:00 a.m., at which time I will appear before this Court for status hearing in the above entitled matter.

Dated: 1/3/2014

Salvatore G. Groppo

Defendant's Acknowledgment of Next Court Date, U.S. v. Groppo, 13CR-2196-JLS

1

EZEKIEL E. CORTEZ
CA Bar No. 1112808
The Executive Complex
1010 Second Avenue, Suite 1850,
San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Salvatore G. Groppo

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>SALVATORE G. GROPPO,<br><br>    Defendant, | Case No. 13CR-2196-JLS<br><br>**PROOF OF SERVICE** |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Acknowledgment of Next Court Date on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2014          /S/*Ezekiel E. Cortez*
                                 Ezekiel E. Cortez

,

*Defendant's Acknowledgment of Next Court Date, U.S. v Groppo, 13cr-2196-JLS*

1