```
 1  LAURA E. DUFFY
    United States Attorney
 2  ANDREW G. SCHOPLER
    Assistant United States Attorney
 3  California State Bar No.236585
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 546-8068

 6  Attorney for Plaintiff
    United States of America
 7
```

                        UNITED STATES DISTRICT COURT

                       SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13CR2196-JLS |
|---|---|
| Plaintiff, | ) |
| v. | ) DEFENDANTS' STIPULATION<br>) REGARDING THE DISCLOSURE<br>) AND USE OF WIRETAP LINE SHEETS AND |
| JAN HARALD PORTOCARRERO, et al. | ) WIRETAP DRAFT TRANSCRIPTS |
| Defendant. | ) |

It is the position of the United States that line sheets and draft wiretap transcripts are not final reports or documents and are not discoverable items under Rule 16 of the Federal Rules of Criminal Procedure or the Jencks Act. However, the United States is willing under the conditions set out in this stipulation to provide these materials to the defense in order to aid the defendants in reviewing wiretap evidence obtained during this investigation. In exchange for the United States' agreement to produce the wiretap line sheets and draft wiretap transcripts in discovery, the defendants hereby stipulate and agree that:

(1) the "line sheets" and "draft transcripts" will only be used to assist counsel in preparing for trial and related proceedings and will not be used for any other purpose;

(2) among these limitations, the "line sheets" and "draft transcripts" will not be used:

   (a) in connection with any motion challenging the wiretaps;

   (b) to examine or cross examine any witness;

   (c) to impeach the credibility of any witness;

   (d) to refresh the recollection of any witness; and/or

   (e) as trial exhibits;

(3) the "line sheets" and "draft transcripts," and/or their contents, cannot be copied, distributed, or otherwise communicated to anyone who has not signed this stipulation other than those who work directly under the supervision of counsel, who have signed the stipulation;

(4) the "line sheets" and "draft transcripts," are the property of the United States Attorney and must be returned to the United States upon demand, completion of the case, or upon the termination of counsel's representation in connection with the above-captioned case.

SO STIPULATED AND AGREED.

DATE: JAN. 14, 2014

ANDREW G. SCHOPLER
Assistant United States Attorney

DATE: 1/9, 2014

GINA TENNEN
Attorney for Emed G. Sidaros (10)

2