MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs PORTOCARRERO (1), MOKAYEF (3), BARRIOS (4), IRWIN (6), GOLD (7), SULLIVAN (8), IACO (9), GHARIBEH (11), NGUYEN (12), HEFLIN (13), BLUM (14), MASSEY (15), GROPPO (16), PATEL (17), WEBER (18) AND MACHO SPORTS INTERNATIONAL CORP (19)   No. 13CR2196-JLS

The Court finds excludable delay, under the section indicated by check ( ✓ ), commenced on _____02/03/2014_____ and ended on _____03/03/2014_____.

3161(h)

| | | | |
|---|---|---|---|
| ___ (1)(A) | Exam or hrg for **mental or physical incapacity** | | A |
| ___ (1)(B) | State or Federal trials or **other charges pending** | | C |
| ___ (1)(C) | **Interlocutory appeals** | | D |
| ___ (1)(D) | **Pretrial motions** (from flg to hrg or other prompt dispo) | | E |
| ___ (1)(E) | **Transfers from other district** (per FRCrP 20, 21 & 40) | | F |
| ___ (1)(H) | **Proceedings under advisement** not to exceed thirty days | | G |
| ___ | Misc proc: Parole or prob rev, deportation, **extradition** | | H |
| ___ (1)(F) | **Transportation** from another district or to/from examination or hospitalization in ten days or less | | J |
| ___ (1)(G) | Consideration by Court of **proposed plea agreement** | | K |
| ___ (2) | **Prosecution deferred** by mutual agreement | | I |
| ___ (3)(A)&(B) | **Unavailability of defendant** or **essential witness** | | M |
| ___ (4) | Period of **mental or physical incompetence** of defendant to stand trial | | N |
| ___ (5) | **Superseding indictment and/or new charges** | | P |
| ___ (6) | **Defendant awaiting trial of co-defendant** when no severance has been granted | | R |
| ___ (7)(A)&(B) | **Continuance**s granted per (h)(7)-use "T" alone if more than one of the reasons below are given in support of continuance | | T |
| X (7)(B)(i) | 1) Failure to **continue** would stop further proceedings or result in miscarriage of justice | | (T1) |
| ___ (7)(B)(ii) | 2) **Case** unusual or **complex** | | T2 |
| ___ (7)(B)(iii) | 3) **Indictment** following arrest **cannot be filed** in thirty (30) days | | T3 |
| ___ (7)(B)(iv) | 4) **Continuance** granted in order to obtain or **substitute counsel**, or give reasonable time to prepare | | T4 |
| ___ 3161(8)(i) | Time up to **withdrawal of guilty plea** | | U |
| ___ 18:3161(b) | **Grand jury indictment time extended** thirty (30) more days | | W |

Date _2/3/2014_

Judge's Initials