FILED

MAR 0 4 2014

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13CR2196-JLS |
|---|---|
| Plaintiff, | I N F O R M A T I O N <br> (Superseding) |
| v. | |
| SALVATORE GIACOMO GROPPO (16), | Title 18, U.S.C., Sec. 1084 — <br> **Transmitting Wagering Information** |
| Defendant. | |

The United States Attorney charges:

Count 1

On about November 26, 2012, defendant SALVATORE GIACOMO GROPPO, being engaged in the business of betting and wagering, knowingly used a wire communication facility for the transmission in foreign commerce, between the Southern District of California and the country of Peru, information assisting in the placing of bets and wagers on a sporting event and contest; in violation of Title 18, United States Code, Section 1084.

Count 2

On about February 3, 2013, defendant SALVATORE GIACOMO GROPPO, being engaged in the business of betting and wagering, knowingly used a wire communication facility for the transmission in foreign commerce, between the Southern District of California and the country

1 | of Peru, information assisting in the placing of bets and wagers on a
2 | sporting event and contest; in violation of Title 18, United States
3 | Code, Section 1084.

DATED: March 4, 2014.

LAURA E. DUFFY
United States Attorney

*[signature]*

ANDREW G. SCHOPLER
Assistant U.S. Attorney

2