

**FILED**
MAR 0 4 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13CR2196-JLS |
|---|---|
| Plaintiff, v. | WAIVER OF INDICTMENT |
| SALVATORE GIACOMO GROPPO (16), Defendant. | |

I, SALVATORE GIACOMO GROPPO, understand I am accused of two counts of **Transmitting Wagering Information (felony)** in violation of 18 U.S.C. § 1084.

Being advised of the nature of the charge(s), the proposed information, and of my rights, I hereby waive in open court on **March 4, 2014,** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

SALVATORE GIACOMO GROPPO
Defendant

EZEKIEL E. CORTEZ
JOSHI A. VALENTINE
Counsel for Defendant

Before: _____
Hon.
U.S. Magistrate Judge