Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Salvatore G. Groppo

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 13CR-2196-JLS |
| Plaintiff, | |
| vs. | JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING |
| SALVATORE G. GROPPO, | |
| Defendant, | |

The parties, Andrew G. Schopler, Assistant United States Attorney, and Ezekiel E. Cortez, counsel for defendant, Salvatore G. Groppo, respectfully requesting that the sentencing hearing presently set for May 30, 2013 at 9:00 a.m. be continued until July 251, 2014 at 9:00 a.m.

Dated: 4/30/14            /S/ Andrew G. Schopler by consent
                          ANDREW G. SCHOPLER
                          Assistant United States Attorney

Dated: 4/30/14            /S/ Ezekiel E. Cortez
                          EZEKIEL E. CORTEZ
                          Attorney for Defendant
                          Salvatore G. Groppo

*Joint Motion for Continuance of Sentencing Hearing, U.S. v. Groppo, 13CR-2196-JLS*

1

EZEKIEL E. CORTEZ
California State Bar # 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 237-0309
Email: www.lawforjustice@aol.com
Attorney for Defendant: Salvatore G. Groppo

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America, | Case No. 13CR-2196-JLS |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| SALVATORE G. GROPPO, | |
| Defendant, | |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Joint Motion for Continuance of Sentencing on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 30, 2014                    /S/Ezekiel E. Cortez
                                          Ezekiel E. Cortez

*Joint Motion for Continuance of Sentencing Hearing, U.S. v. Groppo, 13CR-2196-JLS*

2

EZEKIEL E. CORTEZ
California State Bar # 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 237-0309
Email: www.lawforjustice@aol.com
Attorney for Defendant: Salvatore G. Groppo

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America, | Case No. 13CR-2196-JLS |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| SALVATORE G. GROPPO, | |
| Defendant, | |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Joint Motion for Continuance of Sentencing on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 30, 2014                    /S/Ezekiel E. Cortez
                                          Ezekiel E. Cortez

*Joint Motion for Continuance of Sentencing Hearing, U.S. v. Groppo, 13CR-2196-JLS*