# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 13CR-2196-JLS |
| Plaintiff, | |
| vs. | **ORDER CONTINUING SENTENCING HEARING** |
| SALVATORE G. GROPPO, | |
| Defendant, | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the sentencing hearing presently set for May 30, 2014 be continued to July 25, 2014 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  May 1, 2014

_____
HON. JANIS L. SAMMARTINO
U.S. DISTRICT COURT JUDGE

---

*Order Granting Joint Motion to Continue Sentencing, U.S. v. Groppo, 13*CR-2196-JLS

**1**