```
LAURA E DUFFY
United States Attorney
ANDREW G. SCHOPLER
Assistant U.S. Attorney
California Bar No. 236585
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8068
Email: Andrew.Schopler@usdoj.gov

Attorneys for the United States
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JAN HARALD PORTOCARRERO (1),<br>JOSEPH BARRIOS (4),<br>TODD MICHAEL HEFLIN (13),<br><br>            Defendants. | Case No. 13CR2196-JLS<br><br>Date:     May 30, 2014<br>Time:     2:00 p.m.<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING UNTIL JULY 11, 2014** |

The United States of America and the above-captioned defendants, who are on bond, jointly move to continue the motion hearing from May 30, 2014, until **July 11, 2014, at 2:00 p.m.**, and the deadlines for filing substantive motions until June 20, 2014, and the deadline for filing responses until June 27, 2014. The parties also agree that any delay resulting from this continuance shall be excluded under 18 U.S.C. § 3161(h)(1)(D), as there are pretrial motions pending that require a hearing.

DATED: May 9, 2014                    Respectfully submitted,

                                      LAURA E. DUFFY
/s/ *Richard P. Lasting*              United States Attorney
/s/ *James D. Henderson, Sr.*
RICHARD P. LASTING                    /s/ *Andrew G. Schopler*
JAMES D. HENDERSON, SR.               ANDREW G. SCHOPLER
Counsel for Jan Portocarrero          Assistant U.S. Attorney

/s/ *Mark J. Werksman*                /s/ *Timothy A. Scott*
MARK J. WERKSMAN                      TIMOTHY A. SCOTT
Counsel for Joseph Barrios            Counsel for Todd Heflin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JAN HARALD PORTOCARRERO (1),<br>JOSEPH BARRIOS (4),<br>TODD MICHAEL HEFLIN (13),<br><br>      Defendants. | Case No. 13CR2196-JLS<br><br><br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

    I, ANDREW G. SCHOPLER, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front St., Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of **JOINT MOTION TO CONTINUE MOTION HEARING** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

        1.    Richard P. Lasting
        2.    James D. Henderson, Sr.
        3.    Mark J. Werksman
        4.    Timothy A. Scott

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants in this case:

        1.    N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on May 9, 2014.

                                                /s/ *Andrew G. Schopler*
                                                ANDREW G. SCHOPLER
                                                Assistant U.S. Attorney

2